Territorial Law Library

FILED
SUPERIOR COURT
OF GUAM

201? MAR -6 AM 10: 40

CLERK OF COURT

BY:

FILED
SUPERIOR COURT
OF GUAM

201? FEB 34 AM 8: 31

CLERK OF COURT

# IN THE SUPERIOR COURT OF GUAM

| | | |
|---|---|---|
| PEOPLE OF GUAM, | ) | CASE NO. CM0770-12 |
| | ) | |
| v. | ) | DECISION AND ORDER |
| | ) | ON MOTION TO DISMISS |
| BENJAMIN JOEL SCHIFF, | ) | |
| Defendant. | ) | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena III on January 2, 2013 on Defendant's Motion to Dismiss. Assistant Attorney General James Collins represented the People of Guam. Defendant Benjamin Joel Schiff was represented by Attorney Assistant Public Defender Suresh Sampath. Having considered the arguments and the applicable law, this Court now issues its Decision and Order.

## FACTUAL BACKGROUND

Defendant Schiff is charged with trespass in violation of 9 G.C.A. § 37.30(b). On November 9, 2012, Defendant filed a motion to dismiss the prosecution pursuant to 8 G.C.A. § 80.70(c). On November 16, 2012, the People filed their opposition to the motion, arguing that dismissal is not warranted in this case.

## DISCUSSION

Defendant moves the Court to dismiss pursuant to 8 G.C.A. § 80.70(c) which states, "[t]he court on its own motion may dismiss a prosecution pursuant to § 7.67

**ORIGINAL**

of the Criminal and Correctional Code." 8 G.C.A. § 80.70(c). Defendant argues in favor of the application of sections 7.67(b) and (c), which provide:

> The court shall dismiss a prosecution if, having regard to the nature of the conduct charged to constitute an offense and the nature of the attendant circumstances, it finds that the defendant's conduct:
> (b) Did not actually cause or threaten the harm or evil sought to be prevented by the law defining the offense or did so only to an extent too trivial to warrant the condemnation of conviction; or
> (c) Presents such other extenuations that it cannot reasonably be regarded as envisaged by the Legislature in forbidding the offense. The court shall not dismiss a prosecution under this Subsection without filing a written statement of its reasons.

9 G.C.A. § 7.67(b)-(c). By referencing 7.67(b) and (c), Defendant asks this Court to consider whether his conduct actually caused or threatened harm contemplated in Guam's criminal trespass statute, the degree to which his conduct harmed or threatened harm, and extenuations not contemplated by the Legislature. Both the applicable law and the circumstances of this case present significant questions of fact. This Court declines to make any such findings at this stage of the criminal proceedings against Defendant.

## CONCLUSION

For the reasons set forth above, Defendant's motion to dismiss is hereby **DENIED**. A pre-trial conference is set for March 19, 2013 at 3:00 p.m. with bench trial on this matter set for March 22, 2013 at 9:00 a.m.

It is **SO ORDERED** this 5th day of March, 2013.

MAR 0 5 2013

_____
HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge, Superior Court of Guam

Jo ner... is a full... original on... ...ffice of the ...lark of the Su... ...rior Court of Guar

MAR 0 6 2013

...Roseline K. Salas
...puty Clerk Superior Court of Guam

**ORIGINAL**